```
                    FILED ___ LODGED
            ___ RECEIVED ___ COPY

                    JUN 0 9 2003

              CLERK U S DISTRICT COURT
                DISTRICT OF ARIZONA
              BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stanley J. Dru,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>McBride, Baker & Cole, a professional entity in the practice of law; et al.,<br><br>　　　　Defendants. | No. CV 03-1059-PHX-LOA<br><br>**NOTICE OF ASSIGNMENT** |

　　　　Pursuant to General Order No. 98-62 of the United States District Court, District of Arizona and Local Rule 1.2(e), Rules of Practice, effective March 1, 1999, all civil cases are, and will be, randomly assigned to a U.S. District Judge or to a U.S. Magistrate Judge. This matter has been assigned to the undersigned U.S. Magistrate Judge.

　　　　As a result of the aforesaid Order and Rule, if all parties consent in writing, the case will remain with the assigned Magistrate Judge pursuant to 28 U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses the district judge option, the case will be randomly reassigned to a U.S. District Judge. To either consent to the assigned Magistrate Judge or to elect to have the case heard before a District Judge, the appropriate section of the form, entitled Consent To Exercise Of Jurisdiction By United States Magistrate Judge[1], must be completed, signed and filed. The party filing the case or

---

[1] The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov. To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page, then click on "Forms" on the left side of the page and then click on and print the appropriate



removing it to this Court is responsible for serving all parties with the consent forms. Each party must file a completed consent form and certificate of service with the Clerk of the Court not later than 20 days after entry of appearance, and must serve a copy by mail or hand delivery upon all parties of record in the case.

A review of the Court's file indicates that Plaintiff's Complaint was filed on June 2, 2003. Plaintiff shall have until **June 24, 2003** within which to make his selection to either consent to magistrate judge jurisdiction or elect to proceed before a United States District Judge. It is unknown if a copy of the appropriate consent form, provided to Plaintiff by the Clerk at the time the Complaint was filed, was served with the Complaint per the written instructions from the Clerk.

Accordingly,

**IT IS ORDERED** that Plaintiff shall file on or before **June 24, 2003** his written election to either consent to magistrate judge jurisdiction or elect to proceed before a United States District Judge.

**IT IS FURTHER ORDERED** that Plaintiffs shall serve upon the Defendants, and each of them, the appropriate consent form provided at the time of the filing of their Complaint at the time of service of their Complaint upon the Defendants.

**IT IS FURTHER ORDERED** that Defendants, and each of them, shall either consent to Magistrate Judge jurisdiction or elect to proceed before a District Judge within twenty (20) days of each Defendant's formal appearance herein.

DATED this 4th day of June, 2003.

Lawrence O. Anderson
United States Magistrate Judge

---

form.