IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Phoenix/Prescott Division

**CIV 03-1059 PHX (JWS)**   DATE: June 30, 2005

Year Case No  Initials

Title: DRU  vs.  MCBRIDE, BAKER & COLES, et al
         Plaintiff                 Defendant

===============================================================

HON: JOHN W. SEDWICK                      Judge #

ROBIN CARTER                              ROBIN CARTER
   Deputy Clerk                              Court ECR

**Attorney(s) for Plaintiff**           **Attorney(s) for Defendant(s)**

ROBERT PORTER*                          JAMES BLAIR*

===============================================================

**PROCEEDINGS:**      X   Open Court _____ Chambers _____ Other
*Telephonic

At 8:01 a.m. (AST) court convened for telephonic scheduling conference.

Court and counsel heard re defense counsel's oral motion to dismiss for failure to prosecute and plaintiff's oral motion to show excusable neglect. Court will resolve motions once filed.

At 8:12 a.m. (AST) court adjourned.

/____/ Notice to Counsel

CivGen #10-1/94