James L. Blair, #016125
N. Todd McKay, #017569
RENAUD COOK DRURY MESAROS, P.A.
The Phelps Dodge Tower
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900
jblair@rcdmlaw.com
tmckay@rcdmlaw.com
*Attorneys for Defendant/Counterclaimant*
  *McBride, Baker & Coles, PC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stanley J. Dru,<br><br>　　　　Plaintiff,<br><br>v.<br><br>McBride, Baker & Coles, a professional entity in the practice of law; Holland & Knight, L.L.C., an entity also engaged in the practice of law which succeeded to the interest of McBride, Baker & Coles; Richard R. Winter, an attorney licensed to practice law, and a principal in each of the entities just named; and Jonathan Strouse, an attorney licensed to practice law and a principal in each of the entitled just named.<br><br>　　　　Defendants.<br><br>McBride, Baker & Coles, a professional entity in the practice of law,<br><br>　　　　Counterclaimant<br><br>v.<br><br>Stanley J. Dru,<br><br>　　　　Counterdefendant | No. CIV '03 1059 PHX JWS<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST STIPULATION)** |

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

It is hereby agreed and stipulated by the parties, through representative counsel undersigned, that Defendants McBride, Baker & Coles, Richard R. Winter, and Jonathan Strouse ("the McBride Defendants"), shall have until September 16, 2005, to file a Reply in Support of their Motion for Summary Judgment.

RESPECTFULLY SUBMITTED this 1 day of September, 2005.

RENAUD COOK DRURY MESAROS, P.A.

By: _____
James L. Blair
N. Todd McKay
The Phelps Dodge Tower
One North Central, Suite 900
Phoenix, AZ 85004-4417
*Attorneys for Defendant/Counterclaimant
McBride, Baker & Coles, PC*

ROBERT S. PORTER, ESQ.

By: _____
Robert S. Porter, Esq.
2810 North 3rd Street, Suite 103
Phoenix, AZ 85004
*Attorney for Plaintiffs*

Filed electronically this 1st day of September, 2005.

COPY of the foregoing e-mailed
this 1st day of September, 2005, to:

Robert S. Porter, Esq.
2810 North 3rd Street, Suite 103
Phoenix, AZ 85004
*Attorneys for Plaintiffs/Counterdefendant*

_____

#309011v1<RCD_PHX> -Stip to Extend Time to File Reply to MSJ

(Page 2, CIV'03 1059 PHX JWS)     #309011v1<RCD_PHX> -Stip to Extend Time to File Reply to MSJ