UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 23 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS



| | |
|---|---|
| STANLEY J. DRU,<br><br>           Plaintiff - Appellant,<br><br>  v.<br><br>MCBRIDE BAKER & COLE, a professional entity in the practice of law; RICHARD R. WINTER, a principal in the named entity JONATHAN STROUSE, a principal in the entity named,<br><br>           Defendants - Appellees. | No. 06-15976<br>D.C. No. CV-02-01059-JWS<br>District of Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered 5/1/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk