# File Returned from 9CCA

District Court Case # CV02-01059-PHX-JWS

9CCA Case # 06-15974

__X__ Civil          ____ Criminal

__2__ Clerk's Files

__3__ Transcripts - docket # 54, 110, 113

____ Bulkie documents - docket # _____

__1__ Other documents  COPIES ONLY - (VOL) DOC. # 71-114

__1__ Expandos

yes/(no) Closed sticker

yes/(no) Appeal stamp

Verified by __HH__
Date __10-3-08__